UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NO. 98-56530
CT/AG#: CV-98-00778-TJH

RONALD BRANSON

    Plaintiff - Appellant

v.

CITY OF LOS ANGELES; LOS ANGELES DEPARTMENT OF
TRANSPORTATION (LADOT); THOMAS CONNER, General Manager LADOT;
LOCKHEED MARTIN IMS CORPORATION, (LIMSC); EDWARD AVILA, Western
Region Senior Vice President (LIMSC); CALIFORNIA DEPARTMENT
OF MOTOR VEHICLES; SALLY REID, Director DMV

    Defendants - Appellees

NO. 98-56685
CT/AG#: CV-98-00778-TJH

RONALD BRANSON

    Plaintiff - Appellee

v.

CITY OF LOS ANGELES

    Defendant

    and

LOCKHEED MARTIN CORPORATION, (LIMSC); EDWARD AVILA, Western
Region Senior Vice President (LIMSC)

    Defendants - Appellants

---

Docketed
Mld copy Ptys
Mld Notice Ptys
JS-6

ENTERED ON ICMS
8/10/99

APPEAL FROM the United States District Court for the Central District of California, Los Angeles.

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered        June 17, 1999

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUL 30 1999
by: [signature]
Deputy Clerk

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 17 1999

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONALD BRANSON,<br><br>    Plaintiff-Appellant-Cross-Appellee,<br><br>v.<br><br>CITY OF LOS ANGELES; LOS ANGELES DEPARTMENT OF TRANSPORTATION (LADOT); THOMAS CONNER, General Manager LADOT; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; SALLY REID, Director DMV,<br><br>    Defendants-Appellees,<br><br>and<br><br>LOCKHEED MARTIN IMS CORPORATION, (LIMSC); EDWARD AVILA, Western Region Senior Vice President (LIMSC),<br><br>    Defendants-Appellees-Cross-Appellants. | Nos. 98-56530, 98-56685<br><br>D.C. No. CV-98-00778-TJH<br><br>MEMORANDUM[1] |

Appeals from the United States District Court
for the Central District of California
Terry J. Hatter, Chief Judge, Presiding

---

[1] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36-3.

Submitted June 14, 1999[2]

Before: O'SCANNLAIN, RYMER, and SILVERMAN, Circuit Judges.

Ronald Branson appeals pro se from the district court's dismissal of his 42 U.S.C. § 1983 action, its denial of his motion to alter or amend the judgment and for leave to amend, and its imposition of sanctions and costs against him. Lockheed Martin IMS Corporation and Edward Avila cross-appeal from the district court's denial of their request for attorney's fees pursuant to 42 U.S.C. § 1988. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm both the appeal and cross-appeal.

We may affirm the district court's decision on any basis which the record supports. *See Branson v. Nott*, 62 F.3d 287, 291 (9th Cir. 1995). Because Branson's action is an impermissible collateral attack against a prior state court judgment, the district court lacked subject matter jurisdiction and properly dismissed his section 1983 action. *See id.* at 291-92.

Because the record shows no newly-discovered evidence, clear error or manifest injustice, or an intervening change in controlling law, the district court properly denied Branson's Fed. R. Civ. P. 59(e) motion. *See School Dist. No. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1262-63 (9th Cir. 1993).

---

[2] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Accordingly, Lockheed's and Avila's request for oral argument is denied.

2

Moreover, the district court did not err by denying Branson leave to amend his complaint because amendment would be futile given the district court's lack of subject matter jurisdiction. *See Cahill v. Liberty Mut. Ins. Co.*, 80 F.3d 336, 339 (9th Cir. 1996).

We further conclude that the district court did not err by taxing costs against Branson because 28 U.S.C. § 1919 authorizes payment of just costs in an action dismissed for lack of jurisdiction. *See Branson*, 62 F.3d at 293 n.10. Moreover, because the record indicates that Branson's action was a frivolous and impermissible collateral attack against a prior state court judgment, the district court properly imposed sanctions sua sponte against Branson. *See* Fed. R. Civ. P. 11.

We deny California Department of Motor Vehicles' and Reid's request for attorney's fees and costs without prejudice to their requesting such an award of fees and costs in a separately filed motion. *See Gabor v. Frazier*, 78 F.3d 459, 459-60 (9th Cir. 1996) (order).

We deny Branson's requests for judicial notice, striking of portions of certain briefs, and sanctions.[3]

Finally, as to Lockheed's and Avila's cross-appeal, we conclude that the district court properly denied their request for attorney's fees under 42 U.S.C. §

---

[3] Branson's remaining contentions lack merit.

3

1988 because there is no prevailing party in an action dismissed for lack of subject matter jurisdiction. *See Branson*, 62 F.3d at 293.[4]

Branson shall pay costs on his appeal. Lockheed and Avila shall pay costs on their cross-appeal.

**No. 98-56530 (Main Appeal) AFFIRMED.**

**No. 98-56685 (Cross-Appeal) AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUL 30 1999
by: Deputy Clerk

---

[4] Lockheed and Avila contend that *Elks Nat'l Found. v. Weber*, 942 F.2d 1480, 1485 (9th Cir. 1991), permits the award of attorney's fees under 42 U.S.C. § 1988 when an action is dismissed for lack of subject matter jurisdiction. This court in *Branson* distinguished *Elks National Foundation* because in the latter case the award of attorney's fees was based alternatively on Fed. R. Civ. P. 11, which permits the award of attorney's fees when an action is dismissed for lack of subject matter jurisdiction. *See Branson*, 62 F.3d at 293. Here, no Fed. R. Civ. P. 11 motion was filed, so the district court had no basis to award Lockheed and Avila attorney's fees.

4

INTERNAL USE ONLY: Proceedings include all events.
98-56530 Branson v. City of Los Angeles, et al

| | |
|---|---|
| RONALD BRANSON<br>    Plaintiff - Appellant | Ronald Branson<br>626-446-8356<br>[COR LD NTC prs]<br>16623 Calahan Street<br>North Hills, CA 91343 |
| v. | |
| CITY OF LOS ANGELES<br>    Defendant - Appellee | Jerome Montgomery<br>213-485-5035<br>[COR LD NTC dca]<br>OFFICE OF THE CITY ATTORNEY<br>200 North Main Street<br>Los Angeles, CA 90012 |
| LOS ANGELES DEPARTMENT OF<br>TRANSPORTATION<br>    Defendant - Appellee | Jerome Montgomery<br>(See above)<br>[COR LD NTC dca] |
| THOMAS CONNER, General Manager<br>LADOT<br>    Defendant - Appellee | Jerome Montgomery<br>(See above)<br>[COR LD NTC dca] |
| LOCKHEED MARTIN CORPORATION,<br>(LIMSC)<br>    Defendant - Appellee | Patrick McAdam<br>[COR LD NTC ret]<br>IVERSON, YOAKUM, PAPIANO &<br>HATCH<br>624 South Grand Avenue<br>Los Angeles, CA 90017-3328 |
| EDWARD AVILA, Western Region<br>Senior Vice President (LIMSC)<br>    Defendant - Appellee | Patrick McAdam<br>(See above)<br>[COR LD NTC ret] |
| CALIFORNIA DEPARTMENT OF MOTOR<br>VEHICLES<br>    Defendant - Appellee | Jung D. Shin<br>213/897-2000<br>5th Flr. - Suite 500<br>[COR LD NTC dag]<br>OFFICE OF THE CALIFORNIA STATE<br>ATTORNEY GENERAL<br>300 So. Spring Street<br>Los Angeles, CA 90013 |
| SALLY REID, Director DMV<br>    Defendant - Appellee | Jung D. Shin<br>(See above)<br>[COR LD NTC dag] |