UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG - 9 1999
CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　　　DEP

| | |
|---|---|
| RONALD BRANSON, ) | CASE NO. CV 98-778-TJH(AJWx) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | |
| ) | MINUTE ORDER OF JUDGE HATTER |
| CITY OF LOS ANGELES, et al, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that the judgment of the U. S. Court of Appeals for the Ninth Circuit affirming the District Court shall be filed and spread upon the records of the court.

cc: Counsel of Record

AUG 10 1999

ENTERED ON ICMS