JUDGMENT
=================================================================

# AMENDED

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

NO. 98-56530   **COSTS TAXED**
CT/AG#: CV-98-00778-TJH

RONALD BRANSON

    Plaintiff - Appellant

v.

CITY OF LOS ANGELES; LOS ANGELES DEPARTMENT OF
TRANSPORTATION (LADOT); THOMAS CONNER, General Manager LADOT;
LOCKHEED MARTIN IMS CORPORATION, (LIMSC); EDWARD AVILA, Western
Region Senior Vice President (LIMSC); CALIFORNIA DEPARTMENT
OF MOTOR VEHICLES; SALLY REID, Director DMV

    Defendants - Appellees

NO. 98-56685
CT/AG#: CV-98-00778-TJH

RONALD BRANSON

    Plaintiff - Appellee

v.

CITY OF LOS ANGELES

    Defendant

    and

LOCKHEED MARTIN CORPORATION, (LIMSC); EDWARD AVILA, Western
Region Senior Vice President (LIMSC)

    Defendants - Appellants



APPEAL FROM the United States District Court for the Central District of California, Los Angeles .

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered        June 17, 1999

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST:
FEB 25 2000
by: _____
Deputy Clerk

**FILED**

UNITED STATES COURT OF APPEALS

FEB 2 5 2000

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONALD BRANSON,<br><br>    Plaintiff-Appellant/Cross-Appellee,<br>v.<br><br>CITY OF LOS ANGELES; LOS ANGELES DEPARTMENT OF TRANSPORTATION (LADOT); THOMAS CONNER, General Manager LADOT; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; SALLY REID, Director DMV,<br><br>    Defendants-Appellees,<br><br>LOCKHEED MARTIN IMS COPORATION (LIMSC); EDWARD AVILA, Western Region Senior Vice President (LIMSC),<br><br>    Defendants-Appellees/<br>    Cross-Appellants. | Nos. 98-56530<br>       98-56685<br><br>DC# CV-98-00778-TJH<br>Central California<br>(Los Angeles)<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

I
Background

In a memorandum disposition filed June 17, 1999, this court affirmed the district court's dismissal of appellant/cross-appellee Ronald Branson's challenge to a California state court judgment upholding a parking fine against him. This

Nos. 98-56530 & 98-56685

court held that the district court lacked subject matter jurisdiction. In an order filed November 26, 1999, the court granted the motion of appellees/cross-appellants Lockheed Martin IMS Corporation and Edward Avila ("Lockheed") for reasonable attorney's fees, double costs, and sanctions under Federal Rule of Appellate Procedure 38 for the frivolous appeal. The order referred this matter to the Appellate Commissioner to determine a reasonable amount of attorney's fees. Branson filed an opposition to the motion for attorney's fees, double costs, and sanctions, and Lockheed filed a reply.

## II
## Analysis

Lockheed requests attorney's fees in the amount of $17,169. This represents 58.2 hours spent by partner Patrick McAdam at a rate of $295 per hour. Mr. McAdam claims the time as follows:

| | |
|---|---|
| Interviews and conferences: | 0 hours |
| Obtaining and reviewing records: | 2.9 hours |
| Legal research: | 14.8 hours |
| Preparing briefs: | 36.1 hours |
| Preparing for and attending argument: | 1.9 hours |
| Other: | 2.5 hours |
| Total: | 58.2 hours |

Mr. McAdam's time was spent reviewing the notice of appeal, briefing schedule, correspondence, briefs, motions, decision, and petition for rehearing; analyzing the case law, issues, and record; researching and preparing a 28-page answering/opening brief and a 14-page reply brief; participating in a telephone conference regarding the briefing schedule; preparing a 1-page opposition to Branson's motion to strike the reply brief; preparing a 3-page statement in response to this court's notice regarding whether oral argument should be heard; and preparing a 2-page bill of costs.

Branson's opposition to Lockheed's motion for sanctions did not raise any specific objections to the amount of fees requested by Lockheed. The court, however, may award only "reasonable" attorneys' fees as a sanction for a frivolous appeal under Federal Rule of Appellate Procedure 38. *See Gaskell v. Weir*, 10 F.3d 626, 629 (9th Cir. 1993). Here, Lockheed seeks fees not only for defending against Branson's frivolous appeal, but also for Lockheed's cross-appeal from the district court's order denying its request for 42 U.S.C. § 1988 attorney's fees. This court determined, however, that the cross-appeal lacked merit because there is no prevailing party in an action dismissed for lack of subject matter jurisdiction. An award of "reasonable" attorney's fees under Federal Rule of Appellate Procedure

Nos. 98-56530 & 98-56685

38 may not include fees incurred in bringing a cross-appeal on an issue separate and distinct from the issue forming the basis of the frivolous appeal. *See Lyddon v. Geothermal Properties, Inc.*, 996 F.3d 212, 214 (9th Cir. 1992). Accordingly, Lockheed's request must be reduced by an amount that reflects Mr. McAdam's work on the cross-appeal.

The record shows that 7-1/2 pages of Lockheed's 28-page answering/opening brief was devoted to the cross-appeal, as was 2-1/2 pages of Lockheed's 14-page reply brief. Moreover, the remainder of Lockheed's reply brief was essentially a surreply to the issues presented by Branson's original appeal, rather than a reply to the issues presented by the cross-appeal and, as such, was not permitted without leave of court. *See* Fed. R. App. P. 28(c). Lockheed's 1-page opposition to Branson's motion to strike the reply and Lockheed's 3-page response to this court's notice regarding oral argument also involved only issues presented by the cross-appeal. Accordingly, Lockheed shall not be compensated for 9.1 hours spent preparing the reply brief, 1.3 hours spent preparing the opposition to the motion to strike, and 2.5 hours spent preparing the response regarding oral argument. In addition, 6.7 hours of legal research on December 28,

Nos. 98-56530 & 98-56685

1998, after the answering brief was filed, appears to relate only to the reply brief, and also shall be disallowed.

It is difficult to determine precisely what amount of time spent on the answering/opening brief and in other time categories was related to the cross-appeal rather than the appeal. Given the complexity of the cross-appeal issues, it is reasonable to reduce the claim further by 4 hours to reflect time spent on the cross-appeal. Accordingly, Lockheed's request for attorney's fees shall be reduced by 23.6 hours, or $6,962, for time spent on the cross-appeal.

Mr. McAdam's requested hourly rate of $295 is "in line with those [rates] prevailing in the community for similar services by lawyers of reasonably comparable skill, experience and reputation." *Blum v. Stenson*, 465 U.S. 886, 895, n.11 (1984); *see also, e.g., Kelly v. City of Oakland*, 198 F.3d 779, 784, 786-87 (9th Cir. 2000) (affirming $350 per hour rate but remanding for recalculation of fees based on other errors).

### III
### Conclusion

Lockheed is awarded attorney's fees in the amount of $10,207. Lockheed's costs in the amount of $114.40 shall be doubled to $228.80. The Clerk shall amend the mandate to so reflect.

*Peter L. Shaw*
Ninth Circuit Rule 39-1.9

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 25 2000
by: Deputy Clerk

```
                                                           MOATT   ORALSC
                                                           13      CLOSED
                                                                         i
```

INTERNAL USE ONLY: Proceedings include all events.
98-56530 Branson v. City of Los Angeles, et al

| | |
|---|---|
| RONALD BRANSON<br>    Plaintiff - Appellant | Ronald Branson<br>626-446-8356<br>[COR LD NTC prs]<br>16623 Calahan Street<br>North Hills, CA 91343 |
| v. | |
| CITY OF LOS ANGELES<br>    Defendant - Appellee | Jerome Montgomery<br>213-485-5035<br>[COR LD NTC dca]<br>OFFICE OF THE CITY ATTORNEY<br>200 North Main Street<br>Los Angeles, CA 90012 |
| LOS ANGELES DEPARTMENT OF<br>TRANSPORTATION<br>    Defendant - Appellee | Jerome Montgomery<br>(See above)<br>[COR LD NTC dca] |
| THOMAS CONNER, General Manager<br>LADOT<br>    Defendant - Appellee | Jerome Montgomery<br>(See above)<br>[COR LD NTC dca] |
| LOCKHEED MARTIN CORPORATION,<br>(LIMSC)<br>    Defendant - Appellee | Patrick McAdam<br>[COR LD NTC ret]<br>IVERSON, YOAKUM, PAPIANO &<br>HATCH<br>624 South Grand Avenue<br>Los Angeles, CA 90017-3328 |
| EDWARD AVILA, Western Region<br>Senior Vice President (LIMSC)<br>    Defendant - Appellee | Patrick McAdam<br>(See above)<br>[COR LD NTC ret] |
| CALIFORNIA DEPARTMENT OF MOTOR<br>VEHICLES<br>    Defendant - Appellee | Jung D. Shin<br>213/897-2000<br>5th Flr. - Suite 500<br>[COR LD NTC dag]<br>OFFICE OF THE CALIFORNIA STATE<br>ATTORNEY GENERAL<br>300 So. Spring Street<br>Los Angeles, CA 90013 |
| SALLY REID, Director DMV<br>    Defendant - Appellee | Jung D. Shin<br>(See above)<br>[COR LD NTC dag] |