UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - APPEALS

____ Priority
✓ Send
✓ Cld
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

Case No. __CV98-00778-TJH__   Date and Filed: __March 13, 2000__
Court of Appeals No. __98-56530__

Title:   RONALD BRANSON v. CITY OF LOS ANGELES, et. al.

PRESENT: HONORABLE TERRY J. HATTER, JR., CHIEF JUDGE

| John Beck | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                          Not present

**PROCEEDINGS:**   **FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS**

____ IN COURT      _X_ IN CHAMBERS   (No hearing necessary)   _x_ COUNSEL NOTIFIED

The Court ORDERS that the mandate of the Ninth Circuit Court of Appeals:

   _XX_ Affirming     ____ Remanding           ____ Reversing and Remanding
   ____ Affirming in part, reversing in part   ____ Dismissing Appeal
   ____ Other:_____

is hereby filed and spread upon the minutes of this District Court.

____ The record reflects that costs of the prevailing party were taxed by Ninth Circuit Court of Appeals in the amount of $_____ on _____.

____ The Case is set for further proceedings as to _____:

on _____ at _____.

(ENTERED __MAR 1 4 2000__)

ENTERED ON ICMS
MAR 1 4 2000
CV

MAKE JS-5

MINUTE FORM CV 48
CIVIL MINUTES - APPEALS

Initials of Deputy Clerk

MAR 14 2000