# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | |
|---|---|
| RONALD BRANSON, | CASE NO. CV 98-778-TJH |
| Plaintiff, | |
| vs | |
| CITY OF LOS ANGELES, et al, | MINUTE ORDER OF JUDGE HATTER |
| Defendant. | |

IT IS ORDERED that the Minute Order of 3/13/00 filing and spreading of the mandate of the U. S. Court of Appeals for Ninth Circuit affirming the District Court is hereby amended to the filing and spreading of the AMENDED Judgment of the U. S. Court of Appeals affirming the District Court and <u>taxing costs</u> for Lockheed in the doubled amount of $228.80.

cc:   Counsel of Record